AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 3:22mj36 | Date and time warrant executed: Aug 12, 2022 / 0940 | Copy of warrant and inventory left with: Gang Tao |
|---|---|---|

Inventory made in the presence of: Gang Tao

Inventory of the property taken and name(s) of any person(s) seized:

Search return is for the warrant of the residence at 1850 River Inn Lane, Charlottesville, VA. See attached for Inventory, Page count shows 1-3. Pages 1+2 are included and show all items removed into FBI custody as evidence.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/20/22

_____
Executing officer's signature

Cliff Greene / Special Agent
Printed name and title

Received in chambers by reliable electronic means on September 20, 2022.

_____
USMJ